UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL BRAUMAN,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>               v.<br><br>INAMED CORPORATION,<br><br>    Defendant and Counterclaimant. | 04-CV-2568 (CLB) (GAY) |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as the respective attorneys of record for Plaintiff Daniel Brauman and Defendant Inamed Corporation that:

1. The Complaint and Counterclaims in the above-captioned action are DISMISSED WITH PREJUDICE.

2. Each party shall bear its own costs.

Respectfully submitted,

Dated: September 23, 2004

_____
Ronald Konove (RK8121)
KONOVE & KONOVE PC
301 Old Tarrytown Road
White Plains, NY 10603
Tel.: (914) 761-6388
Fax: (914) 681-8730

Dated: September 23, 2004

_____
Tedd W. Van Buskirk (TVB8766)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

Attorneys for Defendant
Inamed Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Jack Russo, Esq.
William Milks, Esq.
Frances Weber, Esq.
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Tel: (650) 327-9800
Fax: (650) 327-3737

Attorneys for Plaintiff
Daniel Brauman


It is SO ORDERED.

White Plains, NY
September 24, 2004

_____
CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE